UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 27 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 4:25CR450 HEA/SRW |
| RICKY WILSON, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 13, 2025, in the City of St. Louis, within the Eastern District of Missouri,

**RICKY WILSON,**

the Defendant herein, did knowingly and intentionally distribute cocaine, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about August 13, 2025, in the City of St. Louis, within the Eastern District of Missouri,

**RICKY WILSON,**

Defendant herein, knowingly possessed a firearm, knowing he had previously been discharged from the Armed Forces under dishonorable conditions, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(6), and punishable under Title 18, United States Code, Section 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One, the defendant shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

2. Subject to forfeiture is a sum of money equal to the total value of any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violations set forth in Count One.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                    A TRUE BILL

                    _____
                    FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
MATTHEW A. MARTIN, #64000MO
Assistant United States Attorney